

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BATON ROUGE DIVISION

| | | |
|---|---|---|
| RONALD ACOSTA and<br>LUIS ACOSTA | : | CV NO. 3:06-cv-00893 |
| VERSUS | : | JUDGE TYSON |
| BENJAMIN OKEEFE, OAKLEY<br>TRUCKING, INC. and GREAT | : | MAGISTRATE JUDGE DALBY |
| WEST CASUALTY COMPANY | : | JURY TRIAL REQUESTED |

## ORDER

Considering the foregoing JOINT MOTION FOR AND JUDGMENT OF DISMISSAL WITH PREJUDICE:

It is hereby ordered, adjudged and decreed that the above entitled and numbered cause be dismissed, with prejudice, and with Defendants to pay court costs.

Thus done, read and passed in _Baton Rouge_, Louisiana this _31st_ day of _March_, 2008.

_____
DISTRICT JUDGE